### Henry HUANG, Plaintiff–Appellant,

v.

### CALIFORNIA INSTITUTE OF TECHNOLOGY, Defendant–Appellee,

and

Applera Corporation, Applied Biosystems Group, Lloyd M. Smith, Michael W. Hunkapiller, Timothy J. Hunkapiller, Charles R. Connell, John D. Lytle, William J. Mordan, and John A. Bridgham, Defendants–Appellees,

and

### Leroy E. Hood, Defendant–Appellee.

### No. 04–1466.

United States Court of Appeals, Federal Circuit.

July 30, 2004.

Edward R. Reines, Principal Attorney, Weil, Gotshal, Redwood Shores, CA,

should promptly notify this court otherwise.

James R. Asperger, Principal Attorney, O'Melveny & Myers, Mauricio A. Flores, McDermott, Will, Irvine, CA, for Defendants–Appellees.

Timothy G. Barber, Womble Carlyle, Charlotte, NC, for Plaintiff–Appellant.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).